```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                    CRIMINAL MINUTES -- GENERAL
```

Case No.  **CR 07-1049-VBF-2**                               Dated: January 6, 2011
          **CR 07-1141-VBF-1**
          **CR 07-1075-VBF**
==================================================================
PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

    Joseph Remigio              Rosalyn Adams              John Lulejian
   Courtroom Deputy             Court Reporter          Asst. U.S. Attorney
                                                              Present


==================================================================
U.S.A. vs (Dfts listed below)        Attorneys for Defendants

Kenneth Bernard Riley                Brian Newman, appointed
Present - In Custody                 Present

**PROCEEDINGS:    PRETRIAL CONFERENCE**
                  (Non-Evidentiary; Held and Continued)

Case called and counsel make their appearance.  Court and counsel confer.

As more fully reflected on the record, Defendant and the government jointly request continuation of trial and pretrial dates due to defendant's medical condition and counsel's need for more time to review the evidence and consider possible defenses.  The Court questions defendant regarding the continuance of trial.  Defendant agrees to continuance of trial and waives his right under the Speedy Trial Act.  The Court finds that the ends of justice served by continuing the trial date outweigh the interest of the public and the defendant in a speedy trial.

As more fully stated on the record, the Court grants the stipulated request to continue Trial from January 11, 2011, at 8:30 a.m., to **May 10, 2011, at 8:30 a.m**.  The Pretrial Conference is continued to **April 25, 2010, at 3:30 p.m**.  The Court signs the proposed order on the parties stipulation to continue trial presented this date.

**IT IS SO ORDERED.**


cc:  USM